**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00390-REB-BNB

ILDEFONSO VARA,
SANDRA ESTRADA,
YAZMIN NAVA,
MARIO ESPINOZA,
GILBERTO RAMIREZ,
RICARDA NAVA, and
JOSE VARA, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,
v.

TSM PROPERTIES, LLC, d/b/a COSTA VIDA LT,
DISCIPLE FOODS, LLC,
COSTA VIDA – LONE TREE, LC,
COSTA VIDA – LONE TREE, LLC, and
SPENCER BOWEN,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Dismissal with Prejudice** [#45][1] filed April 20, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal with Prejudice** is approved; and

2. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#45]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated April 21, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge